**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JEFFREY C. THOMPSON**                                                                          **PLAINTIFF**

**v.**                                  **Civil No. 07-5228**

**JUDGE MARY A. GUNN;**
**ROBERT R. ESTES, JR;**
**ANGELA R. THOMPSON**                                                                          **DEFENDANTS**

**O R D E R**

Now on this 12th day of March, 2008, comes on for consideration the **Report and Recommendation of the Magistrate Judge, James R. Marschewski** (document #6, filed February 7, 2008), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. #1) and Supplement (Doc. #5) are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                      **/s/Jimm Larry Hendren**
                                                      **HON. JIMM LARRY HENDREN**
                                                      **UNITED STATES DISTRICT JUDGE**